United States Bankruptcy Court
Northern District of Alabama

In re:      Case No. 21-00858-DSC
Campbell's TNT, Inc.      Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-2      User: admin      Page 1 of 2
Date Rcvd: Sep 20, 2021      Form ID: pdf000      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Campbell's TNT, Inc., 4 Truckers LN, Warrior, AL 35180-4430 |
| acc | + | Gaylon Drake, 18689 US Highway 31 No, Cullman, AL 35058-0260 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: bnc_notices_southern@alnba.uscourts.gov | Sep 20 2021 23:12:00 | Thomas Corbett, BA Birmingham, 1800 5th Avenue North, Birmingham, AL 35203-2111 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| J. Thomas Corbett | jtom_corbett@alnba.uscourts.gov courtmailbir11@alnba.uscourts.gov |
| Leonard N Math | on behalf of Creditor BEACON FUNDING CORPORATION noticesnd@chambless-math.com |
| Rachel L. Webber | Rachel_Webber@alnba.uscourts.gov dana_gilliam@alnba.uscourts.gov,Robin_G_Smith@alnba.uscourts.gov,courtmailtus@alnba.uscourts.gov |

Richard L Collins
on behalf of Debtor Campbell's TNT Inc. richard@rlcollins.com, rlcecfnotices@gmail.com;r45967@notify.bestcase.com

Rita Hullett (SBRA)
on behalf of Trustee Rita Hullett (SBRA) rhullett@bakerdonelson.com mcleveland@bakerdonelson.com

Rita Hullett (SBRA)
rhullett@bakerdonelson.com mcleveland@bakerdonelson.com

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

Campbell's TNT, Inc.  }   **Case No: 21-00858-DSC11**
  }
DEBTOR(S).  }
  }
  }

## ORDER RESCHEDULING HEARING

This matter came before the Court on Wednesday, September 15, 2021 09:30 AM, for a hearing on the following:

1) RE: Doc #59; Bankruptcy Administrators Motion to Dismiss or in the Alternative Motion to Convert to Chapter 7
2) RE: Doc #79; Supplement to Bankruptcy Administrators Motion to Dismiss or in the Alternative Motion to Convert to Chapter 7
3) RE: Doc #93; Motion for Relief from Stay or in the alternative for Adequate Protection Payments filed by Leonard Math, Attorney for Beacon Funding Corporation
4) RE: Doc #1; Status Conference on Chapter 11 Subchapter V Voluntary Petition

Proper notice of the hearing was given and appearances were made by the following:

Rachel L. Webber, attorney for Bankruptcy Administrator
Richard L. Collins, attorney for Campbell's TNT, Inc.
Rita Hullett, Trustee
Katherine Luders, attorney for Beacon Funding Corporation

**It is therefore ORDERED, ADJUDGED and DECREED that:**

By agreement of the parties, these matters are continued to September 29, 2021 at 9:30 a.m. in Courtroom number 1. This hearing will take place by telephone only.

Dated: 09/20/2021

/s/ D. SIMS CRAWFORD
D. SIMS CRAWFORD
United States Bankruptcy Judge