IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In the Matter of: )
) Case No. 21-00858-DSC
Campbell's TNT, Inc. )
)
Debtor. ) Chapter 11
)

**ORDER**

The matter came before the Court on Wednesday, September 29, 2021 09:30 AM, for a hearing on the following:

1) RE: Doc #1; Status Conference on Chapter 11 Subchapter V Voluntary Petition ("Status Conference")

2) RE: Doc #59; Bankruptcy Administrator's Motion to Dismiss or in the Alternative Motion to Convert to Chapter 7 ("Motion to Dismiss")

3) RE: Doc #79; Supplement to Bankruptcy Administrator's Motion to Dismiss or in the Alternative Motion to Convert to Chapter 7 ("Supplement")

4) RE: Doc #93; Motion for Relief from Stay or in the alternative for Adequate Protection Payments filed by Leonard Math, attorney for Beacon Funding Corporation ("Motion for Relief")

5) RE: Doc #102; Debtor's Request for Extension of Deadline to File Plan ("Request for Extension")

Proper notice of the hearing was given and appearances were made by the following:

Rachel L. Webber, attorney for U.S. Bankruptcy Administrator
Rita Hullett, SBRA Trustee
Katherine Luders, attorney for Beacon Funding Corporation
Richard L. Collins, attorney for Campbell's TNT, Inc.

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on the filings and for the reasons set forth on the record during the hearing:

1) No action will be taken on the Status Conference.

2) The Motion to Dismiss is granted and this case is hereby dismissed effective October 29, 2021.

3) No action will be taken on the Supplement.

4) The Motion for Relief is granted by consent. By agreement of the parties, the stay provided by Bankruptcy Rule 4001 is hereby waived by the debtor.

5) The Request for Extension is denied.

Dated: October 13, 2021

/s/ D. Sims Crawford
D. Sims Crawford
United States Bankruptcy Judge
